WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

09-77405

Electronically Filed on _____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | BK Case No. 09-25679-MKN |
|---|---|
| Ryan Thomas Black and Melissa Marie Black, | Date: December 3, 2009 |
| | Time: 2:30 P.M. |
| | Chapter 13 |
| Debtor. | |

**LIMITED RESPONSE TO DEBTOR'S MOTION TO VALUE COLLATERAL, "STRIP OFF" AND MODIFY RIGHTS OF THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-RP1**

COMES NOW, by and through the undersigned counsel, and files this limited response to Debtor's Motion to Value Collateral, "Strip Off" and modify rights of The Bank of New York Mellon

f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-RP1 stating as follows:

Secured Creditor does not oppose the relief sought by the Debtor's as long as there is language in the subsequent order noting that the subject lien is "stripped", and/or extinguished, only upon the completion of the Debtors Chapter 13 plan and they receive a discharge.

DATED 11-25-09 .

WILDE & ASSOCIATES

By /S/GREGORY L. WILDE
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

| | |
|---|---|
| 1 | WILDE & ASSOCIATES |
| 2 | Gregory L. Wilde, Esq.<br>Nevada Bar No. 004417 |
| 3 | 208 South Jones Boulevard<br>Las Vegas, Nevada 89107 |
| 4 | Telephone: 702 258-8200<br>Fax: 702 258-8787 |
| 5 | bk@wildelaw.com, |
| 6 | and |
| 7 | MARK S. BOSCO, ESQ. |
| 8 | Arizona Bar No. 010167<br>TIFFANY & BOSCO, P.A. |
| 9 | 2525 East Camelback Road, Suite 300<br>Phoenix, Arizona 85016 |
| 10 | Telephone: (602) 255-6000 |

The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-RP1
09-77405

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In Re:<br><br>Ryan Thomas Black and Melissa Marie Black,<br><br><br>Debtor. | BK Case No. 09-25679-MKN<br><br>Date: December 3, 2009<br>Time: 2:30pm<br><br>Chapter 13 |
|---|---|

## CERTIFICATE OF SERVICE

1. On 11-25-09 I served the following documents(s):

Limited Response to Debtor's Motion To Value Collateral, "Strip Off" and Modify Rights of The Bank of New York Mellon f/k/a The Bank of New York as successor to JPMorgan Chase Bank, National Association, as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-RP1

I served the above-named document(s) by the following means to the persons as listed below:

**X  a. ECF System**

    Lawrence D. Rouse
    rouselaw@aol.com
    Debtor's counsel

    Kathleen A. Leavitt
    courtsecf3@las13.com
    Trustee

**X  b. United States mail, postage fully prepaid:**

    Ryan Thomas Black and Melissa Marie Black
    1305 Silver Reef Court
    Henderson, NV  89002
    Debtors

☐ **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

    I personally delivered the document(s) to the persons at these addresses:

    ☐    1.    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

    N/A

    ☐    2.    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.
    N/A

☐ **d. By direct mail (as opposed to through the ECF System)**

    *(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

*( A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: 11-25-09

_____
An Associate of Wilde & Associates