Kristin A. Schuler-Hintz, Esq. SBN 7171
Seth J. Adams, Esq. SBN 11034
Christopher K. Lezak, Esq., SBN 11185
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329 ext 3748
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Secured Creditor,
Bank of New York Mellon fka The Bank of New York as Successor to JP Morgan Chase Bank, NA, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates, Series 2006-RP1, its successors and/or assigns and the Servicing Agent Litton Loan Servicing

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>RYAN THOMAS BLACK,<br>MELISSA MARIE BLACK<br><br>Debtor(s). | ) Case No. 09-25679MKN<br>)<br>) Chapter 13<br>)<br>) Date: 6/3/10<br>) Time: 3:00 pm<br>)<br>) **Limited Opposition to Motion to Value**<br>) **Collateral**<br>) |

    Comes now Secured Creditor, Bank of New York Mellon fka The Bank of New York as Successor to JP Morgan Chase Bank, NA, as Trustee for the C-Bass Mortgage Loan Asset-Backed Certificates, Series 2006-RP1, its successors and/or assigns and the Servicing Agent Litton Loan Servicing, and submits its limited opposition to Motion to Value Collateral.

    Secured Creditor opposes the language of the proposed order on motion to value submitted concurrently with the Motion to Value as the Order is not clear as to Creditor rights in the event of a conversion or dismissal of the instant Chapter 13 proceeding.

    Creditor requests that the order reflect:

"Upon recordation of a copy of the order granting this motion in the office of the County Recorder of Clark County, Nevada, along with a copy of the order of discharge, IN THIS CHAPTER 13 BANKRUPTCY CASE, the lien of the above stated creditor shall be deemed canceled and expunged from public record.

1  *Further, in the event the instant Chapter 13 proceeding is dismissed or the case is converted then the*
2  *lien of Secured Creditor will be restored to its original position and priority with the full accrued balance*
3  *due pursuant to the terms of the Note and Deed of Trust.* "

4      Accordingly, Creditor respectfully request that any order on the motion to value
5  accurately reflect the status of Creditor lien and rights in the event of conversion or dismissal.

6  Dated: 5/17/2010                          Respectfully Submitted by:
7                                                       McCarthy & Holthus, LLP

8
9                                                       _____
                                                     Kristin A. Schuler-Hintz, Esq.
10                                                     9510 West Sahara Avenue, Suite 110
                                                    Las Vegas, NV 89117
11                                                     Phone (702) 685-0329

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

M&H File No. NV10-
09-25679MKN

**PROOF OF SERVICE**

On May 17, 2010, I served the foregoing documents described as **LIMITED OPPOSITION TO MOTION TO VALUE COLLATERAL** on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR(S)
**LAWRENECE D. ROUSE**
ROUSELAW@AOL.COM

TRUSTEE
**KATHLEEN LEAVITT**
courtsecf3@las13.com

CREDITOR
Deutsche Bank Trust Company Americas
GMAC Mortgage LLC
Jgruber@piteduncan.com

The Bank of New York Mellon as Successor Trustee
Bk@wildelaw.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                                                    /s/ Kristin A. Schuler-Hintz
                                                  Kristin A. Schuler-Hintz, Esq.

On May 17, 2010, I served the foregoing documents described as **LIMITED OPPOSITION TO MOTION TO VALUE COLLATERAL** on the following individuals by depositing true copies thereof in the United States mail at Las Vegas, NV, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR(S)
**MELISSA MARIE BLACK**
1305 SILVER REEF COURT
HENDERSON, NV 89002

**RYAN THOMAS BLACK**
1305 SILVER REEF COURT
HENDERSON, NV 89002

M&H File No. NV10-
09-25679MKN

SPECIAL NOTICE
**HSBC Bank Nevada, N.A.**
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd, Suite 200
Tucson, AZ 85712

Litton Loan Servicing, L.P.
c/o McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541

ROUNDUP FUNDING, LLC
MS 550
PO BOX 91121
SEATTLE, WA 98111-9221

SAXON MORTGAGE
1270 NORTHLAND DRIVE, SUITE 200
MENDOTA HEIGHTS, MN 55120

**I declare under penalty of perjury under the laws of the United States of Aerica that the foregoing is true and correct.**

/s/ Ellen McAbee
Ellen McAbee